UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZIE FARQUHAR,<br><br>                     Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                     Defendant. | Case No. C18-1835JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS Plaintiff Suzie Farquhar's *in forma pauperis* application (Dkt. # 1), and ORDERS:

    (1)    The Clerk shall issue summonses to Ms. Farquhar; and

    (2)    Ms. Farquhar is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. Ms. Farquhar may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint,

//

//

//

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

along with Ms. Farquhar's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 21st day of December, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge