UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZIE FARQUHAR,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | Case No. 2:18-cv-1835<br><br>ORDER |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $4848.29 and expenses of $6.00 for postage, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Plaintiff's attorney, J. Leanne Martinez, at this address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney fees and expenses will be paid directly to the order of Plaintiff's Attorney, J. Leanne Martinez.

EAJA Order   No. 2:18-cv-1835                                           - 1

J. Leanne Martinez
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA 98101
(206)623-0900

Dated this 11th day of November 2019.

_____
United States District Judge James L. Robart

EAJA Order   No. 2:18-cv-1835                                  -2-

J. Leanne Martinez
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA 98101
(206)623-0900