United States District Court Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZIE FARQUHAR, | ) |
| | ) NO. 2:18-CV-1835-JLR |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby ORDERED that Plaintiff's attorney J. Leanne Martinez is awarded an attorney fee of $23,000.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $4849.29 under the Equal Access to Justice Act, leaving a remaining fee of $18,150.71.

//

//

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 2:18-cv-1835-JLR] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

Social Security is directed to send $18,150.71 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 12th day of May, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

S/J. Leanne Martinez
J. LEANNE MARTINEZ, WSBA #45358
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 2:18-cv-1835-JLR] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900